UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CHRISTINE JESENA,<br><br>　　　　Defendant. | Case No. 12-cv-02278 JSW (NC)<br><br>**NOTICE OF REFERRAL AND ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 12 |

The motion for default judgment filed by plaintiff J&J Sports Productions, Inc. has been referred to this Court by District Judge White for report and recommendation. Dkt. No. 14. The Court sets the motion for hearing on December 19, 2012 at 1:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Ave., San Francisco. The briefing schedule remains unchanged.

　　　IT IS SO ORDERED.

DATED: October 24, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 12-cv-02278 JSW (NC)
NOTICE OF REFERRAL